Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ESTATE OF BOHDAN VETROV, deceased, and LIUDMYLA VETROV, individually, and as legal guardian of minors V.V. and D.V., and as Personal Representative for the Estate,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LAKEWOOD, CHIEF PATRICK D. SMITH, COLE CRANER, and SEAN URCKFITZ, in their official and individual capacities, JESSIE PHILLIPS and CHARLES HAYES in their individual capacities,<br><br>DEFENDANTS. | No. 3:26-CV-5059-TMC<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AUTHORIZE SERVICE BY PUBLICATION [~~PROPOSED~~] |

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion to Authorize Service by Publication. The Court, having reviewed the motion, the declaration and exhibits submitted in support, and the records and files herein, hereby ORDERS as follows:

1. Plaintiffs' motion is GRANTED.
2. Plaintiffs are authorized to serve defendants Jessie Phillips and Charles Hayes by publication pursuant to Fed. R. Civ. P. 4(e)(1), Washington Civil Rule 4(d)(3), and RCW 4.28.100 and .110.


ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 South 9th Street
Tacoma, WA 98402
T: 206.333.0773

3. Service by publication may be made in a single published summons naming both Jessie Phillips and Charles Hayes, or in separate published summonses, provided publication is made once each week for six consecutive weeks in a newspaper of general circulation in the county where this action is pending, as provided by RCW 4.28.110.
4. Plaintiffs shall file proof of publication upon completion of publication.

DATED this 30th day of April, 2026.

HON. TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT COURT JUDGE

DATED: Thursday, April 30, 2026.

ANGUS LEE LAW FIRM, PLLC

s/ D. Angus Lee
D. Angus Lee, WSBA #36473
Attorneys for Plaintiff
9105A NE HWY 99, Suite 200
Vancouver, WA 98665
P: 360.635.6464 F: 888.509.8268
Angus@AngusLeeLaw.com

MARK LINDQUIST LAW, PLLC

s/ Mark Lindquist
Mark Lindquist, WSBA #25076
Attorney for Plaintiff
100 South 9th Street
Tacoma, WA 98402
P: 206.333.0773
Mark@MarkLindquistLaw.com